IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK BERNARD MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-11-WKW |
| ) | [WO] |
| MENTAL HEALTH MAN ) | |
| TURNER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 17, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 9th day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE